NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  NITESH RATNAKAR,**
*Appellant*

---

2019-1559

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/172,237.

---

**JUDGMENT**

---

JUNDONG MA, Jdm Patent Law PLLC, Columbia, MD, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by SARAH E. CRAVEN, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 16, 2020              /s/ Peter R. Marksteiner
     Date                  Peter R. Marksteiner
                           Clerk of Court